UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES EASTER,<br><br>      Plaintiff,<br><br>  v.<br><br>Z. AURICH, et al.,<br><br>      Defendants. | No. 2:18-cv-1982-TLN-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to file his amended complaint pursuant to the court's June 25, 2019 order.

Plaintiff's request (ECF No. 15) is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

So ordered.

Dated: August 27, 2019.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE